IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SHANNON CAMPBELL, | HON. JEROME B. SIMANDLE |
| Plaintiff, | Civil No. 09-4344 (JBS/JS) |
| v. | |
| SCOTT BRUGGEWORTH, et al., | **ORDER** |
| Defendants. | |

This matter having come before the Court upon Defendants Scott Bruggeworth, DDS, and Signature Smiles' motion for summary judgment [Docket Item 20] and Defendant Louis Allora's, DMD, motion for summary judgment [Docket Item 22]; the Court having considered the submissions of the parties; for the reasons explained in the Opinion of today's date; and for good cause shown;

IT IS this __**30th**__ day of **January, 2012** hereby

ORDERED that both motions for summary judgment are GRANTED; and it is further

ORDERED that the Plaintiff's complaint is DISMISSED.

                                              __s/ Jerome B. Simandle__
                                              JEROME B. SIMANDLE
                                              Chief U.S. District Judge